**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 25-1957**

---

In re: JOHN MARVIN BALLARD,

      Petitioner.

---

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of North Carolina, at Raleigh.  (5:25-hc-02141-FL)

---

Submitted:  October 16, 2025                               Decided:  October 20, 2025

---

Before KING, AGEE, and RICHARDSON, Circuit Judges.

---

Petition denied by unpublished per curiam opinion.

---

John Marvin Ballard, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Marvin Ballard petitions for a writ of mandamus, alleging that the district court has unduly delayed in completing initial review of Ballard's 28 U.S.C. § 2241 petition, and in ordering Respondents to reply to the petition.  Ballard seeks an order from this court directing the district court to act.  The present record does not reveal undue delay in the district court.  Accordingly, we deny the mandamus petition.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*